21121.   CLIMER *v.* SOUTHERN RAILWAY COMPANY.

BELL, J.   This case is controlled by the decision this day rendered in *Climer* v. *Southern Railway Co.* (No. 21120), ante, 650.
*Judgment reversed.   Jenkins, P. J., and Stephens, J., concur.*
DECIDED JULY 25, 1931.